114 A.3d 737

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KENNETH W. VERPENT, DEFENDANT– APPELLANT.

May 12, 2015.

The Court having granted defendant's petition for certification in this matter on a suppression issue and two trial issues; and

The Court having heard argument on the merits on November 7, 2013, and the Court having been asked to consider the application of *Missouri v. McNeely,* —— *U.S.* ——, 133 *S.Ct.* 1552, 185 *L.Ed.*2d 696 (2013) to the suppression issue raised herein; and

Following the oral argument conducted in this matter, a question about the retroactive effect to be given to *McNeely* having been raised; and

The Court having heard argument on that retroactivity question on December 3, 2014, in *State v. Adkins,* (A–91–13), and, on that same day, having heard reargument in this matter limited to the question of *McNeely* 's retroactive application; and

The Court having issued its decision in *State v. Adkins,* 221 *N.J.* 300, 113 *A.*3d 734 (2015), on May 4, 2015, holding that *McNeely* shall receive retroactive application;

It is hereby ORDERED as follows:

(1) A new suppression hearing must be conducted in this matter in order that exigency may be assessed on a newly developed and fuller record in light of this Court's holding in *Adkins*;

(2) The judgment on the suppression issue is reversed and the matter is remanded for the new suppression hearing; and

(3) The Court has determined that certification was improvidently granted as to the two trial issues, and the appeal as to those issues is dismissed.

Jurisdiction is not retained.